## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In Re:
**JUAN CARLOS MACIAS**                                    **CASE NO. 21-17288-LMI**
                                                          **CHAPTER 13**

_____**Debtor**_____/

### OBJECTION TO CLAIM ON SHORTENED NOTICE
*IMPORTANT NOTICE TO CREDITOR:  THIS IS AN OBJECTION*
*TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the debtor objects to the following claim filed in this case:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 3-1 | Tloa Servicing, LLC | $12,859.13 | Proof of Claim No. 3-1 filed by Tloa Servicing, LLC,. this claim has been paid in full by United Wholesale Mortgage; Therefore, it should be **STRICKEN** from the Claims Registry and **DISALLOWED** from receiving any further distribution from the Chapter 13 Trustee. |

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 calendar days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

DATED:__1/24/2025__

Respectfully Submitted,

**The Law Offices of Patrick L Cordero, P.A.**
Attorney for Debtor(s).
7333 Coral Way
Miami, Florida 33155
Tel: (305) 445-4855

By: ___/s/ (FILED ECF)_____
Patrick L. Cordero, Esq., FBN 801992